IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

DANIEL GULACSY, Individually and on
Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

YIMIN HUANG, Individually and on Behalf
of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-08913-ALC |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open        (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 9/25/2019, summons issued, Judge Andrew L. Carter, Jr. assigned, Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/Jeremy A. Lieberman          Date: 11/1/2019

Firm: Pomerantz LLP