USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION** | **ORDER**<br><br>**MASTER DOCKET**<br>**19-cv-08913-ALC**<br><br>This Document Relates To:<br><br>All Actions |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court granted Plaintiffs' motion for preliminary approval of settlement on June 23, 2022. On September 14, 2022, Plaintiffs filed a motion in support of final approval of settlement. The Court has received no objections to the settlement. Accordingly, the fairness hearing currently scheduled for October 12, 2022 is hereby **CANCELLED**.

**SO ORDERED.**

Dated:    October 5, 2022
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**